**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES, INC., AND <br> AMAZON WEB SERVICES, INC., <br><br> Defendants. | Civil Action No. 2:21-CV-01055-RAJ <br><br> JURY TRIAL DEMANDED |

## <u>NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION</u>

Please take notice that Nelson Bumgardner Albritton PC, counsel for Plaintiff Flexiworld Technologies, Inc. , has changed its legal name to Nelson Bumgardner Conroy PC.

The email addresses for Edward R. Nelson III, Jonathan H. Rastegar, Ryan Griffin, Charles Austin Ginnings and Timothy E. Grochocinski have changed and are reflected in the signature block below.

Additionally, the physical address for attorney Jonathan H. Rastegar has changed and is reflected in the signature block below.

The physical address information for attorneys Edward R. Nelson III, Robert A. Delafield II, and Timothy E. Grochocinski remains the same.

The Firm's telephone number remains the same.

| Old Signature Block: | New Signature Block: |
|---|---|
| Edward R. Nelson III <br> Nelson Bumgardner Albritton PC <br> 3131 West 7th Street, Suite 300 <br> Fort Worth, Texas 76107 <br> 817.377.9111 (telephone) <br> ed@nbafirm.com | Edward R. Nelson III <br> Nelson Bumgardner Conroy PC <br> 3131 West 7th Street, Suite 300 <br> Fort Worth, Texas 76107 <br> 817.377.9111 (telephone) <br> ed@nelbum.com |

Jonathan H. Rastegar
Nelson Bumgardner Albritton PC
3131 W. 7TH St., Suite 300
Fort Worth, TX 76107
817-377-9111 (telephone)
Jon@nbafirm.com

Timothy E. Grochocinski
Nelson Bumgardner Albritton PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
708.675.1786 (facsimile)
tim@nbafirm.com

Charles Austin Ginnings
Nelson Bumgardner Albritton PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
708.675.1786 (facsimile)
ausgin@nbafirm.com

Jonathan H. Rastegar
Nelson Bumgardner Conroy PC
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
817.377.9111 (telephone)
jon@nelbum.com

Timothy E. Grochocinski
Nelson Bumgardner Conroy PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
708.675.1786 (facsimile)
tim@nelbum.com

Charles Austin Ginnings
Nelson Bumgardner Conroy PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
708.675.1786 (facsimile)
austin@nelbum.com

Dated: October 15, 2021

Respectfully submitted,

*/s/ Timothy E. Grochocinski*
 TIMOTHY E. GROCHOCINSKI
 ILLINOIS BAR NO. 6295055
CHARLES AUSTIN GINNINGS
NEW YORK BAR NO. 4986691
NELSON BUMGARDNER CONROY P.C.
15020 S. Ravinia Avenue, Suite
Orland Park, Illinois 60462
708.675.1974 (telephone)
tim@nelbum.com
austin@nelbum.com

EDWARD R. NELSON III
STATE BAR NO. 00797142
RYAN P. GRIFFIN
STATE BAR NO. 24053687
NELSON BUMGARDNER CONROY PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
ed@nelbum.com

2

ryan@nelbum.com

COUNSEL FOR PLAINTIFF FLEXIWORLD
TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on counsel for

Defendants via the Court's CM/ECF system, and via email, on 15th day of October, 2021.

*/s/ Timothy E. Grochocinski*

Dated: July 2, 2021                                 Respectfully submitted,

                                                    */s/ Timothy E. Grochocinski*
                                                    **TIMOTHY E. GROCHOCINSKI**
                                                    ILLINOIS BAR NO. 6295055
                                                    **CHARLES AUSTIN GINNINGS**
                                                    NEW YORK BAR NO. 4986691
                                                    **NELSON BUMGARDNER ALBRITTON PC**
                                                    15020 S. Ravinia Avenue, Suite 29
                                                    Orland Park, Illinois 60462
                                                    708.675.1583 (telephone)
                                                    tim@nbafirm.com

                                                    COUNSEL FOR PLAINTIFF
                                                    FLEXIWORLD TECHNOLOGIES, INC.

## CERTIFICATE OF CONFERENCE

Plaintiff corresponded with counsel for Defendants about the requested extension, and Defendants do not oppose the request.

                                                    */s/ Timothy E. Grochocinski*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on July 2, 2021.

                                                    */s/ Timothy E. Grochocinski*