Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FLEXIWORLD TECHNOLOGIES INC.,

Plaintiff,

v

AMAZON.COM INC. et al.,

Defendants.

No. 2:21-cv-01055-DGE

JOINT STATUS REPORT

Pursuant to Federal Rules of Civil Procedure 26(f) and Local Rule 26 and the Court's July 8, 2022 Order (Dkt. No. 122), the parties hereby submit the following Joint Status Report.

1. This is an action for patent infringement under 35 U.S.C. § 271, in which Plaintiff Flexiworld Technologies Inc., ("Flexiworld") asserts that Defendants Amazon.com Inc, Amazon.com LLC, Amazon.com Services, Inc., ("Amazon") infringe various claims of U.S. Patent Nos. 8,332,521, 8,989,064, 9,110,622, 10,133,527, 10,140,072, 10,162,596, 10,387,087, 10,481,846, 10,489,096, and 10,642,576 (collectively, the "Patents-in-Suit"). This case was initially brought in the U.S. District Court for the Western District of Texas ("WDTX") but was transferred to this District pursuant to an August 2, 2021 Order (Dkt. No. 98).

JOINT STATUS REPORT
(No. 2:21-cv-01055-DGE) – Page 1

NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Il 60462
(708) 675-1583

2.  Prior to the transfer, the parties fully briefed the disputed claim construction issues. The parties briefing is at ECF Nos. 53 (Plaintiff's Opening Brief), 57 (Defendant's Responsive Brief), 58 (Plaintiff's Reply Brief), 61 (Defendant's Surreply Brief). In addition, Judge Albright in the WDTX issued preliminary claim constructions and held a claim construction hearing on January 29, 2021. However, Judge Albright did not issue a formal claim construction order. As such, the parties propose, subject to agreement by the Court, that this matter be set for a claim construction hearing at the Court's convenience so the parties may argue their respective positions before this Court and this Court can thereafter issue a formal claim construction order. The parties respectfully request a 2-hour hearing with the time to be evenly split between the parties.

3.  To the extent the Court believes it would be helpful, the parties are also willing to present a technical tutorial to the Court, either in conjunction with or in advance of the claim construction hearing, on a date and at a time convenient for the Court.

4.  The parties further agree, subject to agreement by the Court, to stay discovery in this matter until the issuance of a claim construction order. Following the issuance of a claim construction order, the parties would submit a proposed schedule for remaining case deadlines through trial.

JOINT STATUS REPORT
(No. 2:21-cv-01055-DGE) – Page 2

NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Il 60462
(708) 675-1583

DATED this 29th day of July 2022.

/s/ *Tyler L. Farmer*
Tyler L. Farmer
State Bar #39912
Harrigan Leyh Farmer & Thomsen LLP
999 3rd Avenue, Suite 4400
Seattle, Washington 98104
206-623-1700 (telephone)
tylerf@harriganleyh.com

Timothy E. Grochocinski
Illinois Bar No. 6295055
C. Austin Ginnings
New York Bar No. 4986691
Nelson Bumgardner Conroy PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
timothy@nelbum.com
austin@nelbum.com

Edward R. Nelson III
State Bar No. 00797142
Ryan P. Griffin
State Bar No. 24053687
Nelson Bumgardner Conroy PC
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
ed@nelbum.com
ryan@nelbum.com

COUNSEL FOR PLAINTIFF
FLEXIWORLD TECHNOLOGIES, INC.

/s/ *Christina McCullough*
Christina McCullough
Stevan R. Stark
Theresa H. Nguyen
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
206.359.8000 (telephone)

Daniel T. Shvodian
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304-1212
650.838-4300 (telephone)

COUNSEL FOR DEFENDANTS
AMAZON.COM, INC;
AMAZON.COM SERVICES LLC; and
AMAZON WEB SERVICES, INC.

JOINT STATUS REPORT
(No. 2:21-cv-01055-DGE) – Page 3

NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Il 60462
(708) 675-1583