UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES INC, | CASE NO. 2:21-cv-01055-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On January 17, 2023, this Court held a status conference and discussed the Markman hearing previously held before the Hon. Alan Albright in the Western District of Texas as well as whether a new Markman hearing was required before this Court. (*See* Dkt. No. 128.) Having reviewed whether it is appropriate to enter an order based on the prior Markman hearing or whether a new Markman hearing should be held, the Court concludes a new Markman hearing is warranted. Accordingly, the parties are directed to meet and confer to identify and agree on

MINUTE ORDER - 1

potential dates to conduct the new Markman hearing. The parties shall also agree to a briefing schedule based on the proposed hearing dates. Thereafter, the parties shall confer with the Courtroom Deputy to confirm the hearing date and briefing schedule. After which, the parties shall submit a proposed order confirming the hearing date and briefing schedule. The proposed order shall be presented to the Court for entry no later than March 1, 2023.

As part of the briefing schedule, the parties shall file *new* claims construction materials pursuant to the Local Supplemental Patent Rules, and shall include with these materials a Sample Joint Claim Chart similar to the one contained in Appendix 2 of the Local Supplemental Patent Rules. The parties shall not simply reference materials previously filed before Judge Albright. Rather, the parties shall submit new and complete standalone materials for this Court to consider.

Dated this 10th day of February, 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2