HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>Defendants. | No. 2:21-CV-01055-DGE<br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR AMAZON DEFENDANTS |

Having considered the Unopposed Motion to Withdraw as Counsel for Amazon Defendants filed by the law firm of Perkins Coie, LLP, and attorneys M Craig Tyler, Amisha K Manek, Christina J McCullough, Christopher L Kelley, Daniel T Shvodian, Mathieu Antoine Dussault Swiderski, Patrick J McKeever, Robin L Brewer, Ruchika Verma, Stefani E Shanberg, Stevan R Stark, Theresa H Nguyen, Wing H Liang, and Yesenia Flores, the Court hereby GRANTS the motion.

IT IS SO ORDERED on this 27th day of March, 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL
(No. 2:21-CV-01055-DGE)                1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*Presented By:*

*/s/ Daniel T. Shvodian*
Daniel T. Shvodian, Bar No. 184576
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350
DShvodian@perkinscoie.com

Stefani Shanberg, Bar No. 206717
Robin Brewer, *Pro Hac Vice*
Mathieu Swiderski, *Pro Hac Vice*
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050
SShanberg@perkinscoie.com
RBrewer@perkinscoie.com
MathieuSwiderski@perkinscoie.com

Patrick J. McKeever, Bar No. 268763
Perkins Coie LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799
PMcKeever@perkinscoie.com

M. Craig Tyler, Bar No. 00794762
Perkins Coie LLP
500 W. 2nd St., Suite 1900
Austin, TX  78701-4687
Telephone:  +1.737.256.6113
Facsimile:  +1.737.256.6300
CTyler@perkinscoie.com

Stevan R. Stark, Bar No. 39639
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SStark@perkinscoie.com

*Attorneys for Defendants*
*AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and AMAZON WEB SERVICES, INC*

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
(No. 2:21-CV-01055-DGE) — 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000