HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01055-DGE<br><br>**JOINT STIPULATION AND ORDER CONCERNING PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>**October 7, 2024**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Local Civil Rule 15(b), Plaintiff Flexiworld Technologies, Inc. ("Flexiworld"), by and through counsel, and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (collectively, "Amazon"), by and through counsel, stipulate and agree as follows:

WHEREAS, Plaintiff Flexiworld intends to file a First Amended Complaint on October 7, 2024, a redline showing the proposed changes is attached hereto as Exhibit A;

WHEREAS, Amazon intended to file a Second Amended Answer to Plaintiff Flexiworld's Original Complaint on October 7, 2024 to include a defense of unenforceability under the doctrine of prosecution laches;

WHEREAS, the parties wish to avoid unnecessary briefing and instead consent to filing of certain amended pleadings;

1  WHEREAS, Flexiworld has had notice of Amazon's defense of prosecution laches since at least August 30, 2024;

2  WHEREAS, Flexiworld has agreed to not object to Amazon's defense of prosecution laches as untimely if raised in response to Flexiworld's First Amended Complaint;

WHEREAS, Amazon requires additional time to analyze the additional facts and allegations in the First Amended Complaint;

WHEREAS, the parties have agreed to extend the date for Amazon to answer, move or otherwise respond to Flexiworld's First Amended Complaint by sixty (60) days, up to and including to December 20, 2024;

IT IS HEREBY STIPULATED by and between Plaintiff Flexiworld and Defendant Amazon, that Defendant Amazon consents to Flexiworld filing the First Amended Complaint on October 7, 2024 provided that Defendant Amazon shall have up to and including December 20, 2024 to answer, move or otherwise respond.  It is further stipulated by and between Plaintiff Flexiworld and Defendant Amazon, that Plaintiff Flexiworld will not assert that Amazon pleading the defense of prosecution laches in untimely in any Answer to the First Amended Complaint.

Dated:   October 7, 2024

By:  *s/ C. Austin Ginnings*  

Timothy E. Grochocinski (pro hac vice)
Illinois Bar No. 6295055
C. Austin Ginnings (pro hac vice)
New York Bar No. 4986691
NELSON BUMGARDNER CONROY PC
745 McClintock Road, Suite 340
Burr Ridge, Illinois 60527
708.675.1974 (telephone)
E: timothy@nelbum.com
E: austin@nelbum.com


Tyler L. Farmer, WSBA #39912
Shane P. Cramer, WSBA #35099
Chelsey L. Mam, WSBA #44609
Bryan Cave Leighton Paisner LLP
999 3rd Avenue, Suite 4400
Seattle, Washington 98104
Tel: 206-623-1700
E: tyler.farmer@bclplaw.com
E: shane.cramer@bclplaw.com
E: Chelsey.mam@bclplaw.com

*Attorneys for Flexiworld Technologies, Inc.*

By:  *s/ Michelle E. Irwin*  

Michelle E. Irwin (WSBA No. 58951)
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Facsimile:    206.389.4511
Email: mirwin@fenwick.com


J. David Hadden, (*admitted pro hac vice.*)
Saina S. Shamilov, (*admitted pro hac vice*)
Ravi R. Ranganath, (*admitted pro hac vice*)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200
Email: dhadden@fenwick.com
         sshamilov@fenwick.com
         rranganath@fenwick.com

*Counsel for Defendants Amazon.com, Inc.; Amazon.com Service LLC; and Amazon Web Services, Inc.*

JOINT STIPULATION AND ORDER CONCERNING FIRST AMENDED COMPLAINT
CASE NO.: 2:21-CV-01055-DGE

- 3 -

**ORDER GRANTING STIPULATED MOTION (DKT. NO. 179)**

By stipulation of the parties (Dkt. No. 179), the Court orders as follows: Plaintiff may file a First Amended Complaint, dated October 7, 2024.  *See* Fed. R. Civ. Pro. 15(a)(2); (Dkt. No. 180.)   Defendant shall file an amended response no later than December 20, 2024, and may add a defense of prosecution laches.  Plaintiff shall not object to the defense of prosecution laches as untimely if raised in response to the First Amended Complaint.

IT IS SO ORDERED.

DATED this 21st day of October, 2024.



David G. Estudillo
United States District Judge

E: tyler.farmer@bclplaw.com
E: shane.cramer@bclplaw.com
E: Chelsey.mam@bclplaw.com

*Attorneys for Flexiworld Technologies, Inc.*

1  FENWICK & WEST LLP

2  By: *s/ Michelle E. Irwin*
     Michelle E. Irwin (WSBA No. 58951)
3       401 Union Street, 5th Floor
     Seattle, WA 98101
4       Telephone:   206.389.4510
     Facsimile:   206.389.4511
5       Email:   mirwin@fenwick.com

     J. David Hadden, (*admitted pro hac vice*.)
     Saina S. Shamilov, (*admitted pro hac vice*)
     Ravi R. Ranganath, (*admitted pro hac vice*)
     FENWICK & WEST LLP
     801 California Street
     Mountain View, CA 94041
     Telephone:   650.988.8500
     Facsimile:   650.938.5200
     Email:   dhadden@fenwick.com
        sshamilov@fenwick.com
        rranganath@fenwick.com

*Counsel for Defendants Amazon.com, Inc.; Amazon.com Service LLC; and Amazon Web Services, Inc.*

JOINT STIPULATION AND ORDER   - 5 -
CONCERNING FIRST AMENDED
COMPLAINT
CASE NO.: 2:21-CV-01055-DGE