HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No.: 2:21-cv-01055-DGE <br><br> **ORDER MODIFYING ORDER SETTING TRIAL AND PRETRIAL DATES** <br><br><br> **JURY TRIAL DEMANDED** |

Pending before the Court is the parties' Joint Motion to Modify the Scheduling Order.

Whereas, on June 6, 2024, the Court entered a Scheduling Order (Dkt. No. 176);

Whereas, on October 7, 2024, Plaintiff filed an Amended Complaint (Dkt. No. 180), and Defendants' response thereto is due December 20, 2024 (*see* Dkt. No. 181);

Whereas the parties have been diligently conducting fact discovery and need additional time to complete fact discovery in light of the amended complaint filed on October 7, 2024; and

Whereas, one of Defendants' expert witnesses has two other trials in October 2025, one of which is set for the same dates as the trial in this case;

For good cause shown, the parties' joint motion is **GRANTED**, and it is **ORDERED** that the Order Setting Trial and Pretrial Dates (Dkt. No. 176) is modified as follows:

[PROPOSED] ORDER MODIFYING SCHEDULING ORDER
CASE NO.: 2:21-CV-01055-DGE
- 1 -
FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE   206.389.4510
FACSIMILE   206.389.4511

| Event | (Dkt. No. 176) | New Schedule |
|---|---|---|
| Completion of fact discovery | December 20, 2024 | March 31, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 23, 2025 | May 2, 2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | February 20, 2025 | June 13, 2025 |
| All motions related to discovery must be filed by | (blank) | July 3, 2025 |
| Discovery completed by | March 13, 2025 | July 11, 2025 |
| All dispositive motions must be filed by | April 10, 2025 | August 16, 2025 |
| wMotions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | June 5, 2025 | October 3, 2025 |
| Agreed pretrial order filed with the Court by | July 3, 2025 | October 31, 2025 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | August 29, 2025 | December 12, 2025 |
| Pretrial conference will be held at 01:30 PM on | August 22, 2025 | January 23, 2026 |
| FIVE DAYS JURY TRIAL set for 09:00 AM | October 20, 2025 | February 16, 2026 |

**IT IS SO ORDERED.**

David G. Estudillo
United States District Judge

ORDER MODIFYING SCHEDULING ORDER
CASE NO.: 2:21-CV-01055-DGE
- 2 -
Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, Washington 98101
TELEPHONE  206.389.4510
FACSIMILE  206.389.4511