HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FLEXIWORLD TECHNOLOGIES, INC.,

Plaintiff,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC.,

Defendants.

Case No. 2:21-cv-01055-DGE

ORDER GRANTING JOINT STIPULATION REGARDING REPRESENTATIVE PRODUCTS AND DISMISSAL OF CLAIMS

**NOTE ON MOTION CALENDAR:
JANUARY 21, 2025**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the stipulation submitted herewith:

ORDER, ADJUDGE, AND DECREE that the following counts in Flexiworld's First Amended Complaint (Dkt. 180) are DISMISSED with prejudice: Count I (infringement of U.S. Patent No. 8,332,521), Count V (infringement of U.S. Patent No. 10,162,596), and Count VI (infringement of U.S. Patent No. 10,387,087), with each side to bear its own attorneys' fees and costs with respect to these patents.

ORDER GRANTING JOINT STIPULATION REGARDING REPRESENTATIVE PRODUCTS AND DISMISSAL OF CLAIMS - 1
(Case No. 2:21-cv-01055-DGE)

LAW OFFICES
**BRYAN CAVE LEIGHTON PAISNER LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 22nd day of January, 2025.

David G. Estudillo
United States District Judge

*Presented by:*

| FENWICK & WEST LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Jeffrey A. Ware* <br> Jeffrey A. Ware, WSBA #43779 <br> Michelle E. Irwin, WSBA #58951 <br> 401 Union Street, 5th Floor <br> Seattle, WA 98101 <br> 206-389-4510 <br> mirwin@fenwick.com <br><br> J. David Hadden (*pro hac vice*) <br> Saina S. Shamilov (*pro hac vice*) <br> Ravi R. Ranganath (*pro hac vice*) <br> 801 California Street <br> Mountain View, CA 94041 <br> 650-988-8500 <br> dhadden@fenwick.com <br> sshamilov@fenwick.com <br> rranganath@fenwick.com <br><br> ***Counsel For Defendants Amazon.com, Inc; Amazon.com Services LLC; and Amazon Web Services, Inc.*** | By: *s/Tyler L. Farmer* <br> By: *s/Shane P. Cramer* <br> By: *s/Chelsey L. Mam* <br> Tyler L. Farmer, WSBA #39912 <br> Shane P. Cramer, WSBA #35099 <br> Chelsey L. Mam, WSBA #44609 <br> Bryan Cave Leighton Paisner LLP <br> 999 3rd Avenue, Suite 4400 <br> Seattle, Washington 98104 <br> Tel: 206-623-1700 <br> E: tyler.farmer@bclplaw.com <br> E: shane.cramer@bclplaw.com <br> E: Chelsey.mam@bclplaw.com <br><br> NELSON BUMGARDNER CONROY PC <br><br> Timothy E. Grochocinski (*pro hac vice*) <br> Illinois Bar No. 6295055 <br> C. Austin Ginnings (*pro hac vice*) <br> New York Bar No. 4986691 <br> 745 McClintock Road, Suite 340 <br> Burr Ridge, Illinois 60527 <br> 708.675.1974 (telephone) <br> E: timothy@nelbum.com <br> E: austin@nelbum.com <br><br> ***Attorneys for Flexiworld Technologies, Inc.*** |

ORDER GRANTING JOINT STIPULATION REGARDING
REPRESENTATIVE PRODUCTS AND DISMISSAL OF CLAIMS - 2
(Case No. 2:21-cv-01055-DGE)

LAW OFFICES
**BRYAN CAVE LEIGHTON PAISNER LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717