HONORABLE DAVID G. ESTUDILLO

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC., <br><br> Defendants. | NO.  2:21-cv-01055-DGE <br><br> **NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO STAY CASE PENDING FINAL SETTLEMENT** <br><br> NOTE ON MOTION CALENDAR: <br> April 21, 2025 |

10
11
12
13
14
15
16

17     PLEASE TAKE NOTICE that Plaintiff Flexiworld Technologies, Inc. and Defendants

18 Amazon.com, Inc., Amazon.com Services, Inc., and Amazon Web Services, Inc. (collectively, "the

19 Parties") have reached a settlement in principle and jointly request a stay of the case schedule to

20 memorialize the settlement and a Stipulation of Dismissal of this action.  The Parties intend to file

21 a Stipulation of Dismissal within forty-five days.

22     Based on the foregoing, the Parties respectfully request that the Court stay all pending dates

23 in this action for forty-five days to allow the Parties to finalize and execute a written settlement

24 agreement and dismissal.

25
26

NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION
TO STAY CASE PENDING FINAL SETTLEMENT- 3
(Case No. 2:21-cv-01055-DGE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
(206) 208-2270

1    DATED this 21st day of April, 2025.

2    FENWICK & WEST LLP

3    By: s/Jeffrey A. Ware

4    Jeffrey A. Ware (WSBA No. 43779)
     Michelle E. Irwin (WSBA No. 58951)

5    401 Union Street, 5th Floor
     Seattle, WA 98101

6    Telephone: 206.389.4510
     Facsimile: 206.389.4511

7    E: jware@fenwick.com

8    E: mirwin@fenwick.com

9    FENWICK & WEST LLP
     J. David Hadden (pro hac vice)

10   Saina S. Shamilov (pro hac vice)
     Ravi R. Ranganath (pro hac vice)

11   Johnson K. Kuncheria (pro hac vice)
     Donna Long (pro hac vice)

12   801 California Street

13   Mountain View, CA 94041
     Telephone: 650.988.8500

14   Fax: 650.938.5200
     E: dhadden@fenwick.com

15   E: sshamilov@fenwick.com

16   E: rranganath@fenwick.com
     E: jkuncheria@fenwick.com

17   E: dlong@fenwick.com

18   FENWICK & WEST LLP

19   Kevin X. McGann (pro hac vice)
     Jessica W. Lin (pro hac vice)

20   902 Broadway, 18th Floor
     New York, NY 10010

21   Telephone: 212.430.2600
     Facsimile: 650.938.5200

22   E: kmcgann@fenwick.com

23   E: jessica.lin@fenwick.com

24   **Attorneys for Amazon.com, Inc., Amazon.com**
     **Services, Inc., Amazon Web Services, Inc.**

25

26

I certify that this memorandum contains 97 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

By:   s/Tyler L. Farmer
By:   s/Ariel A. Martinez
     Tyler L. Farmer, WSBA #39912
     Ariel A. Martinez, WSBA #54869
     4020 East Madison St., Suite 300
     Seattle, Washington 98112
     Tel: (206) 208-2270
     Email: tyler@mfseattle.com
     Email: ariel@mfseattle.com

NELSON BUMGARDNER CONROY PC
     Timothy E. Grochocinski
     Illinois Bar No. 6295055
     C. Austin Ginnings
     New York Bar No. 4986691
     745 McClintock Road, Suite 340
     Burr Ridge, IL 60527
     708.675.1974 (telephone)
     timothy@nelbum.com
     austin@nelbum.com

*Attorneys for Flexiworld Technologies, Inc.*

NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION
TO STAY CASE PENDING FINAL SETTLEMENT- 3
(Case No. 2:21-cv-01055-DGE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
(206) 208-2270