HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC., <br><br> Defendants. | NO.  2:21-cv-01055-DGE <br><br> ORDER GRANTING JOINT MOTION TO STAY CASE PENDING FINAL SETTLEMENT (Dkt. No. 207) |

This matter comes before the Court on the Parties' Joint Motion to Stay Case Pending Settlement ("Joint Motion").  (Dkt. No. 207).  Having considered all papers submitted in connection with the Joint Motion, it is hereby:

ORDERED that the Joint Motion is GRANTED.  The case is stayed for forty-five (45) days while the parties finalize and execute a written settlement agreement and file a dismissal.  The Clerk of the Court is directed to move the noting date of the pending motion to supplement invalidity contentions (Dkt. No. 195) and the noting date for the supplemental briefing (Dkt. No. 206) to 45 days out from today's date.

Dated this 21st day of April, 2025.

ORDER GRANTING JOINT MOTION TO STAY CASE PENDING FINAL SETTLEMENT - 2
(Case No. 2:21-cv-01055-DGE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
(206) 208-2270

1
2
3
4    David G. Estudillo
     United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING JOINT MOTION TO STAY CASE PENDING
FINAL SETTLEMENT - 2
(Case No. 2:21-cv-01055-DGE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
(206) 208-2270