HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01055-DGE<br><br>**[PROPOSED] ORDER GRANTING THIRD JOINT MOTION TO EXTEND STAY**<br><br>NOTE ON MOTION CALENDAR:<br>July 21, 2025<br><br>**JURY TRIAL DEMANDED** |

This matter comes before the Court on the Parties' Joint Motion to Extend Stay ("Joint Motion"). Having considered all papers and evidence submitted in connection with the Joint Motion, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**. The stay of this case is extended for an additional seven (7) days up to and including July 28, 2025, while the parties execute a written settlement agreement and file a dismissal. The Clerk of Court is directed to move the noting date of the pending motion to supplement invalidity contentions (Dkt. No. 195) and the noting date for the supplemental briefing (Dkt. 206) to July 28, 2025.

DATED this __ day of _____, 2025

_____
THE HONORABLE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

1 | Presented by:

2 | FENWICK & WEST LLP

3

4 | By: *s/ Jeffrey A. Ware*
   | Jeffrey A. Ware (WSBA No. 43779)
5

6 | Michelle E. Irwin (WSBA No. 58951)
   | 401 Union Street, 5th Floor
7 | Seattle, WA 98101
   | Telephone: 206.389.4510
   | Facsimile: 206.389.4511
8 | Email: mirwin@fenwick.com

9 | J. David Hadden (admitted *pro hac vice*)
   | Saina S. Shamilov (admitted *pro hac vice*)
10 | Ravi R. Ranganath (admitted *pro hac vice*)
   | FENWICK & WEST LLP
11 | 801 California Street
   | Mountain View, CA 94041
12 | Telephone: 650.988.8500
   | Facsimile: 650.938.5200
13 | Email: dhadden@fenwick.com
   |         sshamilov@fenwick.com
14 |         rranganath@fenwick.com

15 | Kevin X. McGann (admitted *pro hac vice*)
   | FENWICK & WEST LLP
16 | 902 Broadway, 18th Floor
   | New York, NY 10010
17 | Telephone: 212.430.2600
   | Facsimile: 650.938.5200
18 | Email: kmcgann@fenwick.com

19 | *Attorneys for AMAZON.COM, INC.,*
   | *AMAZON.COM SERVICES, INC.,*
20 | AMAZON WEB SERVICES, INC.

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THIRD JOINT MOTION TO EXTEND STAY
CASE NO.: 2:21-CV-01055-DGE

- 2 -

FENWICK & WEST LLP
401 UNION ST., 5TH FLOOR
SEATTLE, WASHINGTON 98101